UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAVENGRACE MORI EL,

    Plaintiff,

v.                                              Case No. 3:17cv22-RV-CJK

NORTH OKALOOSA MEDICAL
CENTER, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On August 23, 2017, the undersigned entered an order (doc. 3) advising plaintiff of deficiencies in her complaint and requiring plaintiff to correct the deficiencies through the filing of an amended complaint. The clerk of court mailed a copy of the order to the two addresses plaintiff provided in the complaint. Both times, the mail was returned as undeliverable. *See* docs. 4 and 5. Plaintiff has not contacted the court or provided a current mailing address. Based on the court's inability to contact plaintiff, completion of the preliminary screening process under 28 U.S.C. § 1915(e)(2) or the issuance of any other order would be futile.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's complaint (doc. 1) be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of a valid mailing address.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 26th day of September, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**