**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**RAVENGRACE MORI EL,**

    **Plaintiff,**

**v.**                                        **Case No. 3:17cv22-RV-CJK**

**NORTH OKALOOSA MEDICAL
CENTER, et al.,**

    **Defendants.**
_____/

**<u>ORDER</u>**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 26, 2017 (doc. 6). Plaintiff has not been afforded a copy of the Report and Recommendation because she has not provided the court with a valid mailing address. Nevertheless, having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of a valid mailing address.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 26th day of October, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**